UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| HOLLY LYNN BELL | CASE NO: 18-11960 |
| DEBTOR | JUDGE: ROBERT E. GRANT |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

The Court finds that U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8 filed a motion herein in which it requested relief pursuant to 11 U.S.C § 362 and 11 U.S.C. §.554(b), so that the Creditor may accelerate its debt, foreclose its mortgage, and otherwise pursue its contractual and state law remedies. For good cause shown, U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8' Motion for Relief from Automatic Stay and Abandonment of Property herein is granted.

Therefore, pursuant to 11 U.S.C § 362 it is ORDERED that the automatic stay which issued herein be and is terminated with respect to U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8, its successors and assigns, to permit said secured creditor to take any and all actions necessary to accelerate the balance due on this obligation, to foreclose its mortgage, to sell the property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the real estate commonly known as 514 West Grant Street, Hartford City, IN 47348, and more particularly described as:

1

Lot Number 14 in Block 4 in Henry B. Smith's Addition to the Town, now City of Hartford City, Indiana. Also known as 514 W. Grant St., Hartford City, IN 47348

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 554(b), that the Trustee's interest in 514 West Grant Street, Hartford City, IN 47348 is abandoned, and the trustee is ordered to abandon this property as burdensome and of inconsequential value or benefit to the estate.

It is finally ordered that the fourteen (14) day stay as provided by FRBP 4001(a) is waived.

SO ORDERED AND ADJUDGED.

Entered: _____

_____
Judge, United States Bankruptcy Court

Distribution List:

Jason E. Duhn
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road
Suite 320
Norwood, Ohio  45212

Holly Lynn Bell
514 West Grant Street
Hartford City, IN 47348

Steven J. Glaser
132 East Berry Street
Fort Wayne, IN 46802

Yvette G. Gaff Kleven
Adelsperger & Kleven, LLP
111 West Wayne St.
Fort Wayne, IN 46802

U.S. Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349